UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:15-cr-00152-SEB-TAB |
| | ) | |
| MARK NELSON, | ) | -07 |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Baker's Report and Recommendation that Mark

Nelson's supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and Rule

32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, The Court now

approves and adopts the Report and  Recommendation as the entry of the Court, and orders a

sentence imposed of imprisonment of seven (7) months in the custody of the Attorney General or

his designee, that the seven-month sentence should be suspended as long as Defendant commits no

further violations of release, and that Defendant should be released on his current conditions of

supervised release. In addition to the mandatory conditions of supervision, the additional conditions

of supervised release outlined in the Report and Recommendation will be imposed.

**SO ORDERED.**

Date: _____5/6/2019_____         _____

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office

United States Marshal Service