**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>)<br>MARK NELSON, )<br>)<br>Defendant. ) | 1:15-cr-00152-SEB-TAB-7 |

**ORDER ON MOTION TO WITHDRAW APPEARANCE**

This matter is before the Court upon defense counsel's Motion to Withdraw Appearance, and the Court, being duly advised, now finds that the Motion should be **GRANTED.**

**IT IS THEREFORE ORDERED** that the appearance of Dominic D. Martin, Indiana Federal Community Defenders shall be withdrawn as counsel for the Defendant.

Dated: 06/24/2019

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel via electronic notification